Chad D. Nardiello, Bar No. 224837
Chad@NardielloLaw.com
NARDIELLO LAW FIRM, PLC
1875 Century Park East, Suite 700
Los Angeles, CA 90067
(310) 284-3157 Tel
(310) 284-3158 Fax
Attorney for Plaintiff &
Counterclaim Defendant John Q. Rodgers

Yosef Y. Manela, Bar No. 240617
Yosef@Manelaco.com
MANELA & CO.
6300 Wilshire Blvd.
20th Fl. – Suite 2030
Los Angeles, CA 90048
(323) 782-0818 Tel
(323) 782-0828 Fax
Attorney for Plaintiff &
Counterclaim Defendant John Q. Rodgers

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOHN Q. RODGERS,<br><br>　　　Plaintiff and<br>　　　Counterclaim Defendant,<br><br>　　　v.<br><br>UNITED STATES OF AMERICA<br><br>　　　Defendant and<br>　　　Counterclaim Plaintiff. | CASE NO.: 2:15-CV-9441-PA-AS<br><br>**NOTICE OF APPEAL OF PLAINTIFF-COUNTERCLAIM DEFENDANT JOHN Q. RODGERS** |

1

Notice is hereby given that Plaintiff-Counterclaim Defendant John Q. Rodgers appeals to the United States Court of Appeals for the Ninth Circuit from the Judgment dated November 8, 2017, and entered in this action on November 9, 2017 (Dkt. No. 114), and all judgments, orders, opinions, rulings, and findings pertinent or ancillary thereto.  Attached hereto is a Representation Statement, as required by Rule 12(b) of the Federal Rules of Appellate Procedure and Rule 3-2(b) of the Rules of the United States Court of Appeals for the Ninth Circuit.

DATED: 1/3/2018                    Respectfully submitted,

By  s/ Chad D. Nardiello
Chad D. Nardiello
Attorney for Plaintiff-Counterclaim
Defendant John Q. Rodgers

Yosef Y. Manela
Attorney for Plaintiff-Counterclaim
Defendant John O. Rodgers