Chad D. Nardiello, Bar No. 224837
Chad@NardielloLaw.com
NARDIELLO LAW FIRM, PLC
1875 Century Park East, Suite 700
Los Angeles, CA 90067
(310) 284-3157 Tel
(310) 284-3158 Fax
Attorney for Plaintiff &
Counterclaim Defendant John Q. Rodgers

Yosef Y. Manela, Bar No. 240617
Yosef@Manelaco.com
MANELA & CO.
6300 Wilshire Blvd.
20th Fl. – Suite 2030
Los Angeles, CA 90048
(323) 782-0818 Tel
(323) 782-0828 Fax
Attorney for Plaintiff &
Counterclaim Defendant John Q. Rodgers

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| JOHN Q. RODGERS,<br><br>  Plaintiff and<br>  Counterclaim Defendant,<br><br>  v.<br><br>UNITED STATES OF AMERICA<br><br>  Defendant and<br>  Counterclaim Plaintiff. | CASE NO.: 2:15-CV-9441-PA-AS<br><br>**REPRESENTATION STATEMENT OF PLAINTIFF-COUNTERCLAIM DEFENDANT JOHN Q. RODGERS** |

The undersigned represents John Q. Rodgers, plaintiff, counterclaim defendant, and appellant in this matter, and no other party. The following is a list of all of the parties to the action and the information regarding their counsel. *See* F.R.A.P. 12(b); *see also* Ninth Circuit Rule 3-2(b).

**Plaintiff and Counterclaim Defendant John Q. Rodgers**

Chad D. Nardiello, Bar No. 224837
NARDIELLO LAW FIRM, PLC
1875 Century Park East, Suite 700
Los Angeles, CA 90067
T: (310) 284-3157
F: (310) 284-3158
Chad@NardielloLaw.com

Yosef Manela, Bar No. 240617
MANELA & CO.
6300 Wilshire Blvd., 20th Fl. – St 2030
Los Angeles, CA 90048
T: (323) 782-0818
F: (323) 782-0828
Yosef@Manelaco.com

**Defendant and Counterclaim Plaintiff United States of America**

Andrew Pribe
AUSA - Office of US Attorney
Federal Building
300 North Los Angeles Street, Room 7211
Los Angeles, CA 90012
T: 213-894-6551
F: 213-894-0115
Andrew.T.Pribe@usdoj.gov

DATED: 1/3/2018         Respectfully submitted,

By  s/ Chad D. Nardiello
    Chad D. Nardiello
    Attorney for Plaintiff-Counterclaim
    Defendant John Q. Rodgers

    Yosef Y. Manela
    Attorney for Plaintiff-Counterclaim
    Defendant John O. Rodgers