NICOLA T. HANNA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
ANDREW T. PRIBE (CA SBN 254904)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6551
    Facsimile: (213) 894-0115
    E-mail: andrew.t.pribe@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JOHN Q. RODGERS,<br><br>    Plaintiff / Counterdefendant<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant / Counterplaintiff | Case No.: 2:15-cv-9441 PA(ASx)<br><br>United States of America's Response Brief on Remand From the Ninth Circuit.<br><br>No hearing scheduled.<br><br>Judge Percy Anderson |

After remand from the Ninth Circuit, the Court ordered the parties to file their opening briefs no later than November 4, 2019, and their response briefs no later than November 25, 2019.[1]  The Court ordered that no reply briefs shall be filed.[2]

On November 4, 2019, the United States filed its opening brief,[3] but Plaintiff did not file an opening brief.

If Plaintiff files a timely response brief, then the United States may request leave to file a reply brief.

| | |
|---|---|
| Dated: November 25, 2019 | NICOLA T. HANNA<br>United States Attorney<br>THOMAS D. COKER<br>Assistant United States Attorney<br>Chief, Tax Division<br><br>**/s/ Andrew T. Pribe**<br>ANDREW T. PRIBE<br>Assistant United States Attorney |

---

[1] Minute order (dkt. 128, filed Sept. 17, 2019).

[2] *Id.*

[3] United States of America's opening brief on remand from the Ninth Circuit (dkt. 129, filed Nov. 4, 2019).

2