UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN Q. RODGERS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | No. CV 15-9441 PA (ASx)<br><br>JUDGMENT |

　　　　In accordance with the Court's December 12, 2019 Order, and the Court's October 30, 2017 Findings of Fact and Conclusions of Law, it is ORDERED, ADJUDGED, and DECREED that:

　　　　1.　　Judgment is entered against plaintiff John Q. Rodgers ("Rodgers") and in favor of defendant the United States of America (the "Government") on the Complaint for Refund and Abatement of Tax Penalties filed by Rodgers; and

　　　　2.　　Judgment is entered in favor of the Government and against Rodgers on the Government's Counterclaim; and

　　　　3.　　Judgment is entered in favor of the Government and against Rodgers in the amount of $61,034.48 as of March 9, 2016, plus subsequent statutory accruals, including interest; and

. . . .

. . . .

4. The Government shall have its costs of suit pursuant to Federal Rule of Civil Procedure 54.

DATED: December 12, 2019

                                              Percy Anderson
                                      UNITED STATES DISTRICT JUDGE