TRACY L. WILKISON
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
ANDREW T. PRIBE (CA SBN 254904)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6551
    Facsimile: (213) 894-0115
    E-mail: andrew.t.pribe@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JOHN Q. RODGERS,<br><br>    Plaintiff /<br>    Counterdefendant<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant /<br>    Counterplaintiff | Case No.: 2:15-cv-9441 PA(ASx)<br><br>Judgment |

Based on the parties' stipulation for judgment, and for good cause shown:

    1.    On the complaint of John Q. Rodgers, Plaintiff, against the United States, Defendant, judgment is entered in favor of the United States and against John Q. Rodgers.

    2.    On the counterclaim of the United States, Counterclaimant, against John Q. Rodgers, Counterdefendant, judgment is entered in favor of the United States and against John Q. Rodgers in the amount of $39,903.03 as of May 18, 2022, plus all subsequent statutory interest.

    3.    Each party shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: May 23, 2022

                                      PERCY ANDERSON
                            UNITED STATES DISTRICT JUDGE